JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NWAMAKA C. OH, | CV 24-1945 PA (SKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| NAVIENT SOLUTIONS, LLC, | |
| Defendant. | |

Pursuant to the Court's May 1, 2025 Minute Order granting the Motion to Dismiss filed by defendant Navient Solutions, LLC ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This action is dismissed with prejudice;

2. Plaintiff Nwamaka C. Oh shall take nothing; and

3. Defendant shall have its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: May 1, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE